**Exhibit A**

# United States of America

To Promote the Progress of Science and Useful Arts

## The Director

of the United States Patent and Trademark Office has received an application for a patent for a new, original, and ornamental design for an article of manufacture. The title and description of the design are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the design shall be granted under the law.

Therefore, this United States

# Patent

grants to the person(s) having title to this patent the right to exclude others from making, using, offering for sale, or selling the design throughout the United States of America or importing the design into the United States of America for the term set forth by law.

Performing the Functions and Duties of the Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and Trademark Office

## Maintenance Fee Notice

No maintenance fees are required in design patents.

## Patent Term Notice

If the application for this patent was filed on or after May 13, 2015, the term of this patent is 15 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253. If the application for this patent was filed prior to May 13, 2015, the term of this patent is 14 years from the date of grant of this patent, subject to any disclaimer under 35 U.S.C. 253.

Form **PTO-379C** (Rev 09/17)



US00D944787S

# United States Design Patent
## Zheng

(10) Patent No.: **US D944,787 S**
(45) Date of Patent: ** **Mar. 1, 2022**

(54) **MAGNETIC BASE FOR A MOBILE PHONE SUPPORT**

(71) Applicant: **Zhiwu Zheng**, Shenzhen (CN)

(72) Inventor: **Zhiwu Zheng**, Shenzhen (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/778,344**

(22) Filed: **Apr. 13, 2021**

(30) **Foreign Application Priority Data**

Dec. 10, 2020  (CN) .......................... 202030760311.4

(51) **LOC (13) Cl.** .................................................. **14-03**
(52) **U.S. Cl.**
    USPC ............................................................ **D14/253**
(58) **Field of Classification Search**
    USPC ......... D14/251–253, 447; D3/218; D12/415;
                                                            D13/108
    CPC ......... F16M 11/38; F16M 11/041; A45F 5/00;
                                                            H04M 1/04
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D713,398 S | * | 9/2014 | Alesi | D14/253 |
| D748,639 S | * | 2/2016 | Khodapanah | D14/447 |
| D794,607 S | * | 8/2017 | Srour | D14/217 |
| D847,805 S | * | 5/2019 | Lederer | D14/250 |
| D855,049 S | * | 7/2019 | Kim | D14/253 |
| D862,453 S | * | 10/2019 | Liang | D14/253 |
| D871,490 S | * | 12/2019 | Wengreen | D16/242 |
| D878,352 S | * | 3/2020 | Yang | D14/253 |
| D878,353 S | * | 3/2020 | Heidrich | D14/253 |
| D879,086 S | * | 3/2020 | Nahum | D14/251 |
| D879,087 S | * | 3/2020 | Webb | D14/253 |
| D879,089 S | * | 3/2020 | Richter | D14/253 |
| D879,109 S | * | 3/2020 | Lederer | D14/447 |
| D883,273 S | * | 5/2020 | Chen | D14/253 |
| D885,376 S | * | 5/2020 | He | D14/253 |
| D890,158 S | * | 7/2020 | Alves | D14/253 |
| D890,160 S | * | 7/2020 | Heidrich | D14/253 |
| 10,721,343 B2 | * | 7/2020 | Nahum | F16M 11/041 |
| 10,724,280 B1 | * | 7/2020 | Srour | E05D 3/02 |
| 10,774,871 B1 | * | 9/2020 | Srour | F16C 11/045 |
| D901,483 S | * | 11/2020 | Kory | D14/253 |
| D904,386 S | * | 12/2020 | Luo | D14/253 |
| D906,328 S | * | 12/2020 | Kim | D14/253 |
| D908,687 S | * | 1/2021 | Lebovitz | D14/253 |
| D925,515 S | * | 7/2021 | Korneluk | D14/253 |
| D926,748 S | * | 8/2021 | Wilde | D14/253 |
| D928,771 S | * | 8/2021 | Barnett | A45C 11/00 |
| | | | | D14/251 |
| D929,985 S | * | 9/2021 | Yeo | D14/251 |
| D931,847 S | * | 9/2021 | Min | D14/253 |
| D933,057 S | * | 10/2021 | Kim | D14/251 |
| D934,558 S | * | 11/2021 | Teves | D3/218 |
| D935,448 S | * | 11/2021 | Lee | D14/253 |
| D935,450 S | * | 11/2021 | Lee | D14/253 |
| D938,410 S | * | 12/2021 | Wang | D14/253 |
| 2017/0195000 A1 | * | 7/2017 | Srour | H04B 1/3888 |

(Continued)

*Primary Examiner* — Janice Hallmark

(57) **CLAIM**

The ornamental design for a magnetic base for a mobile phone support, as shown and described.

**DESCRIPTION**

FIG. **1** is a front and top perspective view of a magnetic base for a mobile phone support, showing my new design;
FIG. **2** is a rear and bottom perspective view thereof;
FIG. **3** is a front elevation view thereof;
FIG. **4** is a rear elevation view thereof;
FIG. **5** is a left side elevation view thereof;
FIG. **6** is a right side elevation view thereof;
FIG. **7** is a top plan view thereof; and,
FIG. **8** is a bottom plan view thereof.

**1 Claim, 8 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2019/0208871 A1 * | 7/2019 | Barnett | A45F 5/00 |
| 2019/0211966 A1 * | 7/2019 | Nahum | F16M 11/38 |
| 2020/0063915 A1 * | 2/2020 | Lederer | F16M 11/24 |

* cited by examiner



FIG. 1

**U.S. Patent**     Mar. 1, 2022     Sheet 2 of 8     **US D944,787 S**



FIG. 2

**U.S. Patent**     Mar. 1, 2022     Sheet 3 of 8     **US D944,787 S**



FIG. 3



FIG. 4



FIG. 5



FIG. 6

FIG. 7

FIG. 8