# Exhibit B

| Defendant # | Seller Name | Claimed Phone Support | Offer for Sale (Check out page for the infringing product) | Infringing Phone Support |
|---|---|---|---|---|
| 1 | imluckies Direct | | | |
| 2 | AUROX | | | |
| 3 | CHIHIOL | | | |
| 4 | YEAHTOP | | | |

| 5 | HONC HX | | | |
|---|---|---|---|---|
| 6 | VOLP ORT | | | |
| 7 | LEND OUBL E | | | |
| 8 | NTidea | | | |
| 9 | Bitront e C digital accesso ries | | | |



| 10 | WWJJ Shop | | | |
| 11 | Honeybee home | | | |
| 12 | ZAIWEN Co.Ltd | | | |
| 13 | Hair Hera LLC | | | |



| 14 | ZHIW EI Co.Ltd | | | |
| 15 | FUCH ENG Co.Ltd | | | |
| 16 | Bluegol d | | | |



| 17 | PC and T | | | |
| 18 | Roaste dCanuc k INC | | | |
| 19 | ACT LLC | | | |



| 20 | Koochin llc | | | |
| 21 | LONG LONG | | | |
| 22 | TechMatte | | | |
| 23 | pawnawn | | | |



| 24 | DecorDelightDeals | | | |
| 25 | blyh-99 | | | |
| 26 | beery_14 | | | |

| 27 | Nestopi aDeals | | | |
|----|----------------|----------------------|----------------------|----------------------|
| 28 | EvaAsh Store | | | |
| 29 | Popso Grip Store | | | |
| 30 | Shop90 024238 9 Store | | | |



| 31 | Life wangwang Store | | | |
| 32 | Amy's Phone Accessory | | | |
| 33 | Popped Store | | | |
| 34 | Xunhaoo Store | | | |