# SCHEDULE A

| Defendant # | Seller Name | Seller weblink/Merchant ID/Product ID | Platform |
|---|---|---|---|
| #1 | imluckies Direct | https://www.amazon.com/dp/B0CL9F77PH/ <br> https://www.amazon.com/dp/B0CZ399GCK/ <br> https://www.amazon.com/dp/B0D8T91MHH/ <br> https://www.amazon.com/dp/B0D8T4Y54T/ | amazon |
| #2 | AUROX | https://www.amazon.com/dp/B0CH8DPLQ9/ <br> https://www.amazon.com/dp/B0B27QN8DN/ <br> https://www.amazon.com/dp/B0B8MJKMX9/ <br> https://www.amazon.com/dp/B0B28LVT61/ <br> https://www.amazon.com/dp/B0B387BCR4/ <br> https://www.amazon.com/dp/B0B28KJWPB/ <br> https://www.amazon.com/dp/B0CH8FVJR3/ <br> https://www.amazon.com/dp/B0B28BHKY2/ <br> https://www.amazon.com/dp/B0CH8DMC9B/ <br> https://www.amazon.com/dp/B0B27WF2M9/ <br> https://www.amazon.com/dp/B0B28NCG1B/ <br> https://www.amazon.com/dp/B0CH8DGG86/ | amazon |
| #3 | CHIHIOL | https://www.amazon.com/dp/B0CG2H4XSX/ <br> https://www.amazon.com/dp/B0CG2D7R64/ <br> https://www.amazon.com/dp/B0CG2DVP72/ <br> https://www.amazon.com/dp/B0CG2FMPYG/ <br> https://www.amazon.com/dp/B0CG2CTHJ5/ <br> https://www.amazon.com/dp/B0CG2CR182/ <br> https://www.amazon.com/dp/B0CG2FBDCT/ | amazon |

| | | | |
|---|---|---|---|
| | | https://www.amazon.com/dp/B0CG2B99W2/ | |
| | | https://www.amazon.com/dp/B0CG2FWRP9/ | |
| | | https://www.amazon.com/dp/B0CG2DDXF4/ | |
| | | https://www.amazon.com/dp/B0CG2FQK2T/ | |
| | | https://www.amazon.com/dp/B0CG2B2BLJ/ | |
| | | https://www.amazon.com/dp/B0CG2DCTY7/ | |
| | | https://www.amazon.com/dp/B0C2DGQBDQ/ | |
| | | https://www.amazon.com/dp/B0CG2CR17X/ | |
| #4 | YEAHTOP | https://www.amazon.com/dp/B09376LLDL/ | amazon |
| | | https://www.amazon.com/dp/B09DYQKBBY/ | |
| | | https://www.amazon.com/dp/B09DYR7WBC/ | |
| | | https://www.amazon.com/dp/B0B9NHJ1W3/ | |
| | | https://www.amazon.com/dp/B0B9NHK51S/ | |
| | | https://www.amazon.com/dp/B0B9NHZ6R1/ | |
| | | https://www.amazon.com/dp/B0B9NJ1CGG/ | |
| | | https://www.amazon.com/dp/B0B9NGCYL9/ | |
| | | https://www.amazon.com/dp/B0B9NLX366/ | |
| | | https://www.amazon.com/dp/B0B1DNTVG3/ | |
| | | https://www.amazon.com/dp/B0B1LTLBFW/ | |
| | | https://www.amazon.com/dp/B0B1LTP3D3/ | |
| | | https://www.amazon.com/dp/B0B1LX3VMM/ | |
| | | https://www.amazon.com/dp/B0B1LXF1K3/ | |
| | | https://www.amazon.com/dp/B0B1LXWG2T/ | |
| | | https://www.amazon.com/dp/B0B1M3FP78/ | |
| | | https://www.amazon.com/dp/B0B1M3SXMY/ | |
| | | https://www.amazon.com/dp/B0BD4HSX6Y/ | |
| | | https://www.amazon.com/dp/B0BF3R36MG/ | |

| | | | |
|---|---|---|---|
| | | https://www.amazon.com/dp/B0BF49GDDH/ | |
| #5 | HONCHX | https://www.amazon.com/dp/B0B1M4LZRN/ https://www.amazon.com/dp/B0B1M5LH2D/ https://www.amazon.com/dp/B0B1M5RVNN/ https://www.amazon.com/dp/B0B1M75JFH/ https://www.amazon.com/dp/B0B1M5Y28W/ https://www.amazon.com/dp/B0B1DPXHSD/ https://www.amazon.com/dp/B0B1M6YM65/ | amazon |
| #6 | VOLPORT | https://www.amazon.com/Removable-Magnetic-Compatible-Wireless-Collapsible/dp/B0B87S2QQ4 | amazon |
| #7 | LENDOUBLE | https://www.amazon.com/Lendouble-Magnetic-Accessories-Removable-Compatible/dp/B097T6W2Q6 | amazon |
| #8 | NTidea | https://www.amazon.com/dp/B0CM6D1DZ1/ https://www.amazon.com/dp/B0CM6BYYXD/ https://www.amazon.com/dp/B0CM69YYMP/ https://www.amazon.com/dp/B0CM6CZV7Z/ https://www.amazon.com/dp/B0CM6C85PB/ https://www.amazon.com/dp/B0CM69363Z/ https://www.amazon.com/dp/B0CM6BB236/ https://www.amazon.com/dp/B0CM6BQTTX/ https://www.amazon.com/dp/B0CM6BT752/ https://www.amazon.com/dp/B0CM6C1DZ3/ https://www.amazon.com/dp/B0CM6C2DWM/ https://www.amazon.com/dp/B0CM6C7L6H/ https://www.amazon.com/dp/B0CM6C89N8/ https://www.amazon.com/dp/B0CM6C8T3Y/ https://www.amazon.com/dp/B0CM6C9SLP/ | amazon |

| | | https://www.amazon.com/dp/B0CM6CNRT9/ | |
|---|---|---|---|
| #9 | Bitronte C digital accessories | https://www.temu.com/us-zh-Hans/%E6%89%8B%E6%9C%BA%E9%80%9A%E7%94%A8%E7%A3%81%E6%80%A7%E5%BA%95%E5%BA%A7-%E5%B8%A6%E4%B8%80%E4%B8%AA%E5%9C%86%E5%BD%A2%E9%93%81%E7%8E%AF-%E9%BB%91%E8%89%B2%E9%AB%98%E7%A3%81%E5%BA%95%E5%BA%A7-%E7%99%BD%E8%89%B2%E7%B2%98%E6%80%A7%E5%BA%95%E5%BA%A7-%E9%80%8F%E6%98%8E%E7%A3%81%E5%90%B8%E5%BA%95%E5%BA%A7-g-601099580258362.html?_oak_mp_inf=ELrw0rem1ogBGh5yZXNfbGlzdF9lbXRtOHg4bzgwbnZ6NHM4MHp6MGIgm4eE1pQy&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F3aa72c1f-162e-4888-b1f5-6c5f50660789.jpg&spec_gallery_id=601099580258362&refer_page_sn=10040&refer_source=0&freesia_scene=213&_oak_freesia_scene=213&_oak_rec_ext_1=MjIz&_oak_gallery_order=2061070831%2C724619660%2C2136213323%2C1086189566%2C1048397893&refer_page_el_sn=204279&refer_page_name=mall&refer_page_id=10040_1723536048653_op5ygdo2tl&_x_sessn_id=c8ipmam34c | temu |
| #10 | WWJJ Shop | https://www.temu.com/secure-grip-2-pack-magnetic-phone-wall-mounts-with-strong-adhesive-easy-one-handed-use-multipurpose-sticky-rubidium-magnets-for-secure-attachment-g-601099581502339.html?_oak_mp_inf=EIPnnrim1ogBGiA4MzE3NDNkZTAxYjA0MTUxYWJjNDQ2ZTI3ZGNlNGIyNiQ2MqPmzI%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F701eab77-83c9-46ab-b40b-0144eb2837a8.jpg&spec_gallery_id=2156347803&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NzE5&_oak_gallery_order=1033548393%2C783116022%2C2131793420%2C731938730%2C1144360099&search_key=magnetic%20base%20for%20pop%20socket&refer_page_el_sn=200049&_oak_multi_spec_goods_sold=1&refer_page_name=search_result&refer_pa | temu |

| | | ge_id=10009_1725267149285_wwbs82nfl7&_x_sessn_id=0j2to7v880&is_back=1 | |
|---|---|---|---|
| #11 | Honeybee home | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099619873366&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1725267149285_wwbs82nfl7&refer_page_sn=10009&_x_sessn_id=0j2to7v880&is_back=1 | temu |
| #12 | ZAIWEN Co.Ltd | https://www.walmart.com/ip/Magnetic-Base-Compatible-with-PopSocket-Phone-Grips-and-iPhone-MagSafe-Cases-Black/5853330219?classType=REGULAR&from=/search | walmart |
| #13 | Hair Hera LLC | https://www.walmart.com/ip/Compatible-Magsafe-Popsocket-Magnetic-Base-Wireless-Charging-Solution-iPhone-15-14-13-12-Mag-S-Strong-Grip-Glitter-Appearance-Multiple-Colors-Availab/6930463911?classType=REGULAR&from=/search | walmart |
| #14 | ZHIWEI Co.Ltd | https://www.walmart.com/ip/Phone-Grip-Magnetic-Base-iPhone-12-13-14-Series-Compatible-Mag-Safe-Cases-Removable-Socket-PopSocket-Collapsible-Stand-Black/2114051125?classType=REGULAR&from=/search https://www.walmart.com/ip/Phone-Grip-Magnetic-Base-iPhone-12-13-14-Series-Compatible-Mag-Safe-Cases-Removable-Socket-PopSocket-Collapsible-Stand-Black/2114051125?from=/search | walmart |
| #15 | FUCHENG Co.Ltd | https://www.walmart.com/ip/Popped-Magnetic-Base-Plate-Compatible-with-MagSafe-Phone-Expanding-Phone-Grip-Socket-Stand-Finger-Holder-For-iPhone-15-plus-pro/6362463220?classType=VARIANT&from=/search | walmart |

5

| | | | |
|---|---|---|---|
| #16 | Bluegold | https://www.walmart.com/ip/Bluegold-Cell-Phone-Grip-Base-Clear-MagSafe-Compatible/5197456547?classType=REGULAR&from=/search <br><br> https://www.walmart.com/ip/Bluegold-Cell-Phone-Grip-Base-MagSafe-Compatible/5196563068?classType=REGULAR&from=/search | walmart |
| #17 | PC and T | https://www.walmart.com/ip/Compatible-with-MagSafe-Base-for-iPhone-15-14-13-12-Magnetic-Base-Plate-Base-Only-Intended-for-Pop-Socket-Grip/8089255740?classType=REGULAR&from=/search <br><br> https://www.walmart.com/ip/Lendouble-Magnetic-Disk-Base-for-Magsafe-Accessories-Removable-Magnet-Plate-Compatible-with-iPhone-15-14-13-12-Pro-Max/6998508639?classType=REGULAR&from=/search | walmart |
| #18 | RoastedCanuck INC | https://www.walmart.com/ip/Magnetic-Base-for-PopSocket-Phone-Grips-and-iPhone-MagSafe-Cases-Glitter-Black/5016692218?classType=REGULAR&from=/search | walmart |
| #19 | ACT LLC | https://www.walmart.com/ip/Magnetic-Base-Compatible-PopSocket-Phone-Grips-iPhone-MagSafe-Cases-Black-Enhance-Your-Experience-Base-Magnetic-With-Grip-iPhon/10424913917?classType=REGULAR&from=/search <br><br> https://www.walmart.com/ip/Magnetic-Base-Basic-PopSocket-Phone-Grips-MagSafe-Cases-40-More-Grip-Black-Black-For-Cases-Grip/10422267842?classType=REGULAR&from=/search <br><br> https://www.walmart.com/ip/Magnetic-Base-Compatible-Popsocket-iPhone-15-14-13-12-Mag-Safe-Case-Base-Only-Removable-Wireless-Charging-Designed-P-Socket-Grip-Phone-Ring- | walmart |

| | | | |
|---|---|---|---|
| | | Holder-Ki/10446860357?classType=REGULAR&from=/search https://www.walmart.com/ip/Frosted-Magnetic-Base-PopSocket-Phone-Grips-Holder-Removable-Stand-Acrylic-N52-Strong-Magnets-Matte-Touch-Surface-iPhone-15-14-13-12-Compatible-Phosp/10417769636?classType=REGULAR&from=/search https://www.walmart.com/ip/Magnetic-Disk-Base-Magsafe-Accessories-Removable-Magnet-Plate-Compatible-iPhone-15-14-13-12-Pro-Max-Mini-Mag-Case-Non-Adhesive-Safe-Disc-P-Socket-Gri/10427518641?classType=REGULAR&from=/search | |
| #20 | Koochin llc | https://www.walmart.com/ip/metisinno-Magnetic-Base-Basic-Compatible-with-PopSocket-Phone-Grips-and-iPhone-MagSafe-Cases-Black/9393300978?classType=REGULAR&from=/search https://www.walmart.com/ip/Glitter-Compatible-Magsafe-Socket-Base-Removable-Wireless-Charging-Base-Only-Works-Grip-Phone-Ring-Holder-iPhone-14-13-12-Glitter-Silver/10034661848?classType=REGULAR&from=/search https://www.walmart.com/ip/HALLEAST-Magnetic-Base-Compatible-Popsocket-iPhone-15-14-13-12-Mag-Safe-Case-Base-Only-Removable-Wireless-Charging-Designed-P-Socket-Grip-Phone-Ring/5338686080?from=/search | walmart |
| #21 | LONGLONG | https://www.walmart.com/ip/Magnetic-Base-Holder-Stand-for-IPhone-14-13-12-Pro-Max-Case-Phone-Grip-K0V2/5504853503 https://www.walmart.com/ip/Magnetic-Base-Holder-Stand-For-IPhone-14-13-12-Pro-Phone-Max-Case-Grip-Access-UK-C7K1/5380079476 | walmart |

| #22 | TechMatte | https://www.ebay.com/itm/115464472780?_trkparms=amclksrc%3DITM%26aid%3D1110006%26algo%3DHOMESPLICE.SIM%26ao%3D1%26asc%3D260661%26meid%3Da10d8de08c3b4dc7a01f2961bb4dc5a8%26pid%3D101875%26rk%3D4%26rkt%3D4%26sd%3D404890007841%26itm%3D115464472780%26pmt%3D1%26noa%3D0%26pg%3D2332490%26algv%3DSimplAMLv11WebTrimmedV3MskuWithLambda85KnnRecallV1V2V4ItemNrtInQueryAndCassiniVisualRankerAndBertRecallWithVMEV3CPCAutoWithCassiniEmbRecallManual%26brand%3DTechMatte&_trksid=p2332490.c101875.m1851&itmprp=cksum%3A115464472780a10d8de08c3b4dc7a01f2961bb4dc5a8%7Cenc%3AAQAJAAABcLSVkHmTL63bebovD9RfpraPWbY9f4anjbziTIaEIOVXg2DWhVLks3Lfqff9vxxfjIh4XEXusIehlT2iEH8%252BCxXNySMxlDIQJ3g86%252Bx3AAIAq9gznqdGSR72ksP41kjzPN1reUbVsJuld0S4i4qXlQfTmkMeIJTCXTM8mLpr7ju2fMvruDu87ZX%252B4bShOvD%252B4mtm4mldA70eUpTE4oNL3ujjXq8WhAHzonvw6SdkInM02SRcSh9BHPVFiPGvZW1c42DQtJAddrAaSYBCTkQscKqOHYwIIuVhcfLOoLQceRhZWE4ddID53eUEfXCa%252B6N0HVOfFa6xlghfc1V54URlp36yunNSCl7oNcXU%252BCue%252BO2%252BPFvQSdY%252FZrDR0UQ8tTk8JW19q39HOWvFtZ7a7E06LarO%252FyuahvyIxjd7LXvZNtDFYdbUmMcyu0qcYwNDVCYhlBsE4UYKFjSFpwAFHj%252F2oTs2ta2shhheY%252BV1o21gNXgD%7Campid%3APL_CLK%7Cclp%3A2332490&itmmeta=01HVE5SDKJVK5HKDK57JH9NMAY<br><br>https://www.ebay.com/itm/125416781133 | ebay |
| --- | --- | --- | --- |
| #23 | pawnawn | https://www.ebay.com/itm/276349397767?itmmeta=01HVTN4YFCMBF4PMYTSXZA8WPH&hash=item4057b52b07:g:otEAAOSwpldl2Glx&itmprp=enc%3AAQAJAAAA0EWWf%2BxQBRteOm8Ewc%2FprsnVxSC8sjl%2F5d%2FR21%2B2gQvNHx8QdU3slk6nkrXo%2BDSrH8H785E6VMFm4dkRCZ7v%2FfATfEPPiRRDwh7I%2B1pGg6SV2PKDzxiV2XNCsl4lXUJ%2F9cDRsLNXa7m27h4DUFXXHXtJ76qmqgZhjum80Hn4IeScftNwZZ4FegqNXnLEwc7nC5IK7xeEh9CT8CzoXyeVx7qxBBRmQPSK5IWEZDbYfo6tz | ebay |

| | | CuumbJEysd8O7BD2tsPcEoTMiUYgOag0hoETQHnPnc%3D%7Ctkp%3ABk9SR-bnk9XeYw | |
|---|---|---|---|
| #24 | DecorDelightDeals | https://www.ebay.com/itm/305700375006 <br><br> https://www.ebay.com/itm/305700411976 | ebay |
| #25 | blyh-99 | https://www.ebay.com/itm/395325246291 | ebay |
| #26 | beery_14 | https://www.ebay.com/itm/315460270705 | ebay |
| #27 | Nestopia Deals | https://www.ebay.com/itm/166904586528 | ebay |
| #28 | EvaAshStore | https://www.ebay.com/itm/365084452939 | ebay |
| #29 | PopsoGrip Store | https://pt.aliexpress.com/item/3256806382672868.html?src=google&aff_fcid=7b062f37511f4d2e91374565d35f4a4b-1713094807047-02926-UneMJZVf&aff_fsk=UneMJZVf&aff_platform=aaf&sk=UneMJZVf&aff_trace_key=7b062f37511f4d2e91374565d35f4a4b-1713094807047-02926-UneMJZVf&terminal_id=75bb706187df4fcd9aae4454a7f002fd&afSmartRedirect=y | aliexpress |
| #30 | Shop900242389 Store | https://pt.aliexpress.com/item/3256806281351296.html?spm=a2g0o.detail.pcDetailTopMoreOtherSeller.6.28cftDottDotpf&gps-id=pcDetailTopMoreOtherSeller&scm=1007.40000.327270.0&scm_id=1007.40000.327270.0&scm-url=1007.40000.327270.0&pvid=9ebe46ef-d922-4645-930e-194d223d61f7&_t=gps-id:pcDetailTopMoreOtherSeller,scm-url:1007.40000.327270.0,pvid:9ebe46ef-d922-4645-930e-194d223d61f7,tpp_buckets:668%232846%238109%231935&pdp_npi=4%40dis%21USD%212.31%210.99%21%21%212.31%210.99%21%4021366755171309 48341988847e90ae%2112000037302296644%21rec%21US%21225469812%21AB&utparam-url=scene%3ApcDetailTopMoreOtherSeller%7Cquery_from%3A | aliexpress |

| #31 | Life wangwang Store | https://pt.aliexpress.com/item/3256806641643447.html?cn=e-c&af=%7B%22c%22%3A%22SLykjPFzPxwQlFJz1713090236%22%7D&aff_fcid=86730c7b4e5f498a99e4af148fe11af8-1713095142979-04280-_ongjupY&aff_fsk=_ongjupY&aff_platform=api-new-link-generate&sk=_ongjupY&aff_trace_key=86730c7b4e5f498a99e4af148fe11af8-1713095142979-04280-_ongjupY&terminal_id=75bb706187df4fcd9aae4454a7f002fd&afSmartRedirect=y | aliexpress |
| --- | --- | --- | --- |
| #32 | Amy's Phone Accessory | https://pt.aliexpress.com/item/3256805794165350.html?spm=a2g0o.productlist.main.27.4a9e5f14dGfmhv&algo_pvid=05bd4c8b-f9ca-43f1-ae28-c70fbafc3405&algo_exp_id=05bd4c8b-f9ca-43f1-ae28-c70fbafc3405-13&pdp_npi=4%40dis%21USD%213.97%213.97%21%21%213.97%213.97%21%402136637717130949525901849e2135%2112000035156235362%21sea%21US%21225469812%21AB&curPageLogUid=t6YSymG1D8P2&utparam-url=scene%3Asearch%7Cquery_from%3A | aliexpress |
| #33 | Popped Store | https://pt.aliexpress.com/item/3256806567303112.html?spm=a2g0o.productlist.main.75.4a9e5f14dGfmhv&algo_pvid=05bd4c8b-f9ca-43f1-ae28-c70fbafc3405&algo_exp_id=05bd4c8b-f9ca-43f1-ae28-c70fbafc3405-37&pdp_npi=4%40dis%21USD%219.27%214.54%21%21%2166.85%2132.72%21%402136637717130949525901849e2135%2112000038193915232%21sea%21US%21225469812%21AB&curPageLogUid=qadG9ENlJwbY&utparam-url=scene%3Asearch%7Cquery_from%3A | aliexpress |

| #34 | Xunhaoo Store | https://pt.aliexpress.com/item/3256806306003215.html?spm=a2g0o.productlist.main.71.4a9e5f14dGfmhv&algo_pvid=f33d035f-1ee5-4f56-984f-59dff16f4e46&algo_exp_id=f33d035f-1ee5-4f56-984f-59dff16f4e46-35&pdp_npi=4%40dis%21USD%216.23%216.23%21%21%2144.97%2144.97%21%402167359d17130955433415391eb3dd%2112000037405214007%21sea%21US%21225469812%21AB&curPageLogUid=Ak1nDI2RiIjH&utparam-url=scene%3Asearch%7Cquery_from%3A | aliexpress |