IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Zhiwu Zheng,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A,<br><br>　　　　　Defendants. | Case No. 1:24-cv-10814<br><br>Judge: Hon. Jeffrey I Cummings<br><br>Magistrate Judge: Hon. Beth W. Jantz |

## **MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT**

Plaintiff Zhiwu Zheng (the "Plaintiff") submits its Motion for Entry of Default and Default Judgment under Fed. R. Civ. P. 55 against the defendants identified on Exhibit 1 to Plaintiff's Affidavit (collectively the "Defaulting Defendants" Exhibit A). A Memorandum of Law in Support of the Motion and Plaintiff's affidavit on damages, together with a Proposed Order, are concurrently filed.

Plaintiff respectfully requests that the Court grant its Proposed Order against each Defaulting Defendant.

Dated: April 22, 2025　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/Lance Liu
　　　　　　　　　　　　　　　　　　Lance Liu, Esq.
　　　　　　　　　　　　　　　　　　15 Minuteman Circle
　　　　　　　　　　　　　　　　　　Southbury, CT 06488
　　　　　　　　　　　　　　　　　　(203)706-9536
　　　　　　　　　　　　　　　　　　Lanceliu2000@Gmail.com
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

1

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 22, 2025, a copy of the foregoing document was filed electronically through the Court's CM/ECF NextGen system with notice of filing automatically sent electronically to counsel of record.

Dated: April 22, 2025　　　　　　　　By:　/s/Lance Liu
                                                       Lance Liu, Esq.
                                                       15 Minuteman Circle
                                                       Southbury, CT 06488
                                                       (203)706-9536
                                                       lanceliu2000@gmail.com