# Exhibit A

### AFFIDAVIT OF ZHIWU ZHENG

I, Zhiwu Zheng, solemnly swear and declare that:

1. I am the Inventor of U.S. Design Patent No. D944,787 A ("the 'D787 Patent").

2. I asserted against Defendants listed on Schedule A in Case No. 24-cv-10814 for willful infringement of the 'D787 Patent.

3. I understand that willful infringers are liable for my lost profits and my costs of the present litigation, including attorney's fees.

4. The infringing activities of the Defendants on Schedule A have causes substantial damages to my business. For example, seller # 1 on Schedule A has $218,118.40 in infringing sales, seller #2 has $934,508.80 in infringing sales, seller #3 has $167,552.00 in infringing sales and seller #4 has $228,040.00 in infringing sales. My total lost sales to the counterfeiters on Schedule A are estimated at over $2,500,000 since March 1, 2022.

5. My total lost profits to all Defendants on Schedule A is about SEVEN HUNDRED FIFTY THOUSAND DOLLARS ($750,000) from their infringing sales of $2,500,000 at my current profit margin of about 30%. My lost profit to each Defendant are shown in the attached Schedule A.

6. I declare under the penalty of perjury under the laws of the United States of America that to the best of my knowledge the foregoing is true and correct.

Executed this 21st day of April, 2025.

_____
Zhiwu Zheng

## SCHEDULE A

| Defendant # | Seller Name | Seller weblink/Merchant ID/Product ID | Damage Claim Against Easch Defendant |
|---|---|---|---|
| #1 | imluckies Direct | https://www.amazon.com/dp/B0CL9F77PH/ <br> https://www.amazon.com/dp/B0CZ399GCK/ <br> https://www.amazon.com/dp/B0D8T91MHH/ <br> https://www.amazon.com/dp/B0D8T4Y54T/ | $65,435.40 |
| #2 | AUROX | https://www.amazon.com/dp/B0CH8DPLQ9/ <br> https://www.amazon.com/dp/B0B27QN8DN/ <br> https://www.amazon.com/dp/B0B8MJKMX9/ <br> https://www.amazon.com/dp/B0B28LVT61/ <br> https://www.amazon.com/dp/B0B387BCR4/ <br> https://www.amazon.com/dp/B0B28KJWPB/ <br> https://www.amazon.com/dp/B0CH8FVJR3/ <br> https://www.amazon.com/dp/B0B28BHKY2/ <br> https://www.amazon.com/dp/B0CH8DMC9B/ <br> https://www.amazon.com/dp/B0B27WF2M9/ <br> https://www.amazon.com/dp/B0B28NCG1B/ <br> https://www.amazon.com/dp/B0CH8DGG86/ | $280,352.64 |
| #3 | CHIHIOL | https://www.amazon.com/dp/B0CG2H4XSX/ <br> https://www.amazon.com/dp/B0CG2D7R64/ <br> https://www.amazon.com/dp/B0CG2DVP72/ <br> https://www.amazon.com/dp/B0CG2FMPYG/ <br> https://www.amazon.com/dp/B0CG2CTHJ5/ <br> https://www.amazon.com/dp/B0CG2CR182/ <br> https://www.amazon.com/dp/B0CG2FBDCT/ <br> https://www.amazon.com/dp/B0CG2B99W2/ <br> https://www.amazon.com/dp/B0CG2FWRP9/ <br> https://www.amazon.com/dp/B0CG2DDXF4/ <br> https://www.amazon.com/dp/B0CG2FQK2T/ <br> https://www.amazon.com/dp/B0CG2B2BLJ/ <br> https://www.amazon.com/dp/B0CG2DCTY7/ <br> https://www.amazon.com/dp/B0C2DGQBDQ/ <br> https://www.amazon.com/dp/B0CG2CR17X/ | $50,265.60 |
| #4 | YEAHTOP | https://www.amazon.com/dp/B09376LLDL/ <br> https://www.amazon.com/dp/B09DYQKBBY/ <br> https://www.amazon.com/dp/B09DYR7WBC/ | $68,412.00 |

2

| | | | |
|---|---|---|---|
| | | https://www.amazon.com/dp/B0B9NHJ1W3/ <br> https://www.amazon.com/dp/B0B9NHK51S/ <br> https://www.amazon.com/dp/B0B9NHZ6R1/ <br> https://www.amazon.com/dp/B0B9NJ1CGG/ <br> https://www.amazon.com/dp/B0B9NGCYL9/ <br> https://www.amazon.com/dp/B0B9NLX366/ <br> https://www.amazon.com/dp/B0B1DNTVG3/ <br> https://www.amazon.com/dp/B0B1LTLBFW/ <br> https://www.amazon.com/dp/B0B1LTP3D3/ <br> https://www.amazon.com/dp/B0B1LX3VMM/ <br> https://www.amazon.com/dp/B0B1LXF1K3/ <br> https://www.amazon.com/dp/B0B1LXWG2T/ <br> https://www.amazon.com/dp/B0B1M3FP78/ <br> https://www.amazon.com/dp/B0B1M3SXMY/ <br> https://www.amazon.com/dp/B0BD4HSX6Y/ <br> https://www.amazon.com/dp/B0BF3R36MG/ <br> https://www.amazon.com/dp/B0BF49GDDH/ | |
| #6 | VOLPORT | https://www.amazon.com/Removable-Magnetic-Compatible-Wireless-Collapsible/dp/B0B87S2QQ4 | $10,000.00 |
| #7 | LENDOUBLE | https://www.amazon.com/Lendouble-Magnetic-Accessories-Removable-Compatible/dp/B097T6W2Q6 | $15,000.00 |
| #8 | NTidea | https://www.amazon.com/dp/B0CM6D1DZ1/ <br> https://www.amazon.com/dp/B0CM6BYYXD/ <br> https://www.amazon.com/dp/B0CM69YYMP/ <br> https://www.amazon.com/dp/B0CM6CZV7Z/ <br> https://www.amazon.com/dp/B0CM6C85PB/ <br> https://www.amazon.com/dp/B0CM69363Z/ <br> https://www.amazon.com/dp/B0CM6BB236/ <br> https://www.amazon.com/dp/B0CM6BQTTX/ <br> https://www.amazon.com/dp/B0CM6BT752/ <br> https://www.amazon.com/dp/B0CM6C1DZ3/ <br> https://www.amazon.com/dp/B0CM6C2DWM/ <br> https://www.amazon.com/dp/B0CM6C7L6H/ | $10,000.00 |

| | | | |
|---|---|---|---|
| | | https://www.amazon.com/dp/B0CM6C89N8/ | |
| | | https://www.amazon.com/dp/B0CM6C8T3Y/ | |
| | | https://www.amazon.com/dp/B0CM6C9SLP/ | |
| | | https://www.amazon.com/dp/B0CM6CNRT9/ | |
| #9 | Bitronte C digital accessories | https://www.temu.com/us-zh-Hans/%E6%89%8B%E6%9C%BA%E9%80%9A%E7%94%A8%E7%A3%81%E6%80%A7%E5%BA%95%E5%BA%A7-%E5%B8%A6%E4%B8%80%E4%B8%80%AA%E5%9C%86%E5%BD%A2%E9%93%81%E7%8E%AF-%E9%BB%91%E8%89%B2%E9%AB%98%E7%A3%81%E5%BA%95%E5%BA%A7-%E7%99%BD%E8%89%B2%E7%B2%98%E6%80%A7%E5%BA%95%E5%BA%A7-%E9%80%8F%E6%98%8E%E7%A3%81%E5%90%B8%E5%BA%95%E5%BA%A7-g-601099580258362.html?_oak_mp_inf=ELrw0rem1ogBGh5yZXNfbGlzdF9lbXRtOHg4bzgwbnZ6NHM4MHp6MGIgm4eE1pQy&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F3aa72c1f-162e-4888-b1f5-6c5f50660789.jpg&spec_gallery_id=6010995802 58362&refer_page_sn=10040&refer_source=0&freesia_scene=213&_oak_freesia_scene=213&_oak_rec_ext_1=MjIz&_oak_gallery_order=2061070831%2C724619660%2C2136213323%2C1086189566%2C1048397893&refer_page_el_sn=204279&refer_page_name=mall&refer_page_id=10040_1723536048653_op5ygdo2tl&_x_sessn_id=c8ipmam34c | $10,000.00 |
| #10 | WWJJ Shop | https://www.temu.com/secure-grip-2-pack-magnetic-phone-wall-mounts-with-strong-adhesive-easy-one-handed-use-multipurpose-sticky-rubidium-magnets-for-secure-attachment-g-601099581502339.html?_oak_mp_inf=EIPnnrim1ogBGiA4MzE3NDNkZTAxYjA0MTUxYWJjNDQ2ZTI3ZGNlNGIyNiQ2MqPmzI%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F701eab77-83c9-46ab-b40b-0144eb2837a8.jpg&spec_gallery_id=2156347803&refer_page_sn=10009&refer_source=0&freesia | $10,000.00 |

4

| | | scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NzE5&_oak_gallery_order=1033548393%2C783116022%2C2131793420%2C731938730%2C1144360099&search_key=magnetic%20base%20for%20pop%20socket&refer_page_el_sn=200049&_oak_multi_spec_goods_sold=1&refer_page_name=search_result&refer_page_id=10009_1725267149285_wwbs82nfl7&_x_sessn_id=0j2to7v880&is_back=1 | |
|---|---|---|---|
| #11 | Honeybee home | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099619873366&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1725267149285_wwbs82nfl7&refer_page_sn=10009&_x_sessn_id=0j2to7v880&is_back=1 | $10,000.00 |
| #12 | ZAIWEN Co.Ltd | https://www.walmart.com/ip/Magnetic-Base-Compatible-with-PopSocket-Phone-Grips-and-iPhone-MagSafe-Cases-Black/5853330219?classType=REGULAR&from=/search | $10,000.00 |
| #13 | Hair Hera LLC | https://www.walmart.com/ip/Compatible-Magsafe-Popsocket-Magnetic-Base-Wireless-Charging-Solution-iPhone-15-14-13-12-Mag-S-Strong-Grip-Glitter-Appearance-Multiple-Colors-Availab/6930463911?classType=REGULAR&from=/search | $10,000.00 |
| #14 | ZHIWEI Co.Ltd | https://www.walmart.com/ip/Phone-Grip-Magnetic-Base-iPhone-12-13-14-Series-Compatible-Mag-Safe-Cases-Removable-Socket-PopSocket-Collapsible-Stand-Black/2114051125?classType=REGULAR&from=/search https://www.walmart.com/ip/Phone-Grip-Magnetic-Base-iPhone-12-13-14-Series-Compatible-Mag-Safe-Cases-Removable-Socket-PopSocket-Collapsible-Stand-Black/2114051125?from=/search | $10,000.00 |
| #15 | FUCHENG Co.Ltd | https://www.walmart.com/ip/Popped-Magnetic-Base-Plate-Compatible-with-MagSafe-Phone-Expanding-Phone-Grip-Socket-Stand-Finger-Holder-For-iPhone-15-plus-pro/6362463220?classType=VARIANT&from=/search | $10,000.00 |

| #16 | Bluegold | https://www.walmart.com/ip/Bluegold-Cell-Phone-Grip-Base-Clear-MagSafe-Compatible/5197456547?classType=REGULAR&from=/search<br><br>https://www.walmart.com/ip/Bluegold-Cell-Phone-Grip-Base-MagSafe-Compatible/5196563068?classType=REGULAR&from=/search | $10,000.00 |
|---|---|---|---|
| #17 | PC and T | https://www.walmart.com/ip/Compatible-with-MagSafe-Base-for-iPhone-15-14-13-12-Magnetic-Base-Plate-Base-Only-Intended-for-Pop-Socket-Grip/8089255740?classType=REGULAR&from=/search<br><br>https://www.walmart.com/ip/Lendouble-Magnetic-Disk-Base-for-Magsafe-Accessories-Removable-Magnet-Plate-Compatible-with-iPhone-15-14-13-12-Pro-Max/6998508639?classType=REGULAR&from=/search | $10,000.00 |
| #18 | RoastedCanuck INC | https://www.walmart.com/ip/Magnetic-Base-for-PopSocket-Phone-Grips-and-iPhone-MagSafe-Cases-Glitter-Black/5016692218?classType=REGULAR&from=/search | $10,000.00 |
| #19 | ACT LLC | https://www.walmart.com/ip/Magnetic-Base-Compatible-PopSocket-Phone-Grips-iPhone-MagSafe-Cases-Black-Enhance-Your-Experience-Base-Magnetic-With-Grip-iPhon/10424913917?classType=REGULAR&from=/search<br><br>https://www.walmart.com/ip/Magnetic-Base-Basic-PopSocket-Phone-Grips-MagSafe-Cases-40-More-Grip-Black-Black-For-Cases-Grip/10422267842?classType=REGULAR&from=/search<br><br>https://www.walmart.com/ip/Magnetic-Base-Compatible-Popsocket-iPhone-15-14-13-12-Mag-Safe-Case-Base-Only-Removable-Wireless-Charging- | $10,000.00 |

| | | | |
|---|---|---|---|
| | | Designed-P-Socket-Grip-Phone-Ring-Holder-Ki/10446860357?classType=REGULAR&from=/search | |
| | | https://www.walmart.com/ip/Frosted-Magnetic-Base-PopSocket-Phone-Grips-Holder-Removable-Stand-Acrylic-N52-Strong-Magnets-Matte-Touch-Surface-iPhone-15-14-13-12-Compatible-Phosp/10417769636?classType=REGULAR&from=/search | |
| | | https://www.walmart.com/ip/Magnetic-Disk-Base-Magsafe-Accessories-Removable-Magnet-Plate-Compatible-iPhone-15-14-13-12-Pro-Max-Mini-Mag-Case-Non-Adhesive-Safe-Disc-P-Socket-Gri/10427518641?classType=REGULAR&from=/search | |
| #20 | Koochin llc | https://www.walmart.com/ip/metisinno-Magnetic-Base-Basic-Compatible-with-PopSocket-Phone-Grips-and-iPhone-MagSafe-Cases-Black/9393300978?classType=REGULAR&from=/search<br><br>https://www.walmart.com/ip/Glitter-Compatible-Magsafe-Socket-Base-Removable-Wireless-Charging-Base-Only-Works-Grip-Phone-Ring-Holder-iPhone-14-13-12-Glitter-Silver/10034661848?classType=REGULAR&from=/search<br><br>https://www.walmart.com/ip/HALLEAST-Magnetic-Base-Compatible-Popsocket-iPhone-15-14-13-12-Mag-Safe-Case-Base-Only-Removable-Wireless-Charging-Designed-P-Socket-Grip-Phone-Ring/5338686080?from=/search | $10,000.00 |
| #21 | LONGLONG | https://www.walmart.com/ip/Magnetic-Base-Holder-Stand-for-IPhone-14-13-12-Pro-Max-Case-Phone-Grip-K0V2/5504853503<br><br>https://www.walmart.com/ip/Magnetic-Base-Holder-Stand-For-IPhone-14-13-12-Pro-Phone-Max-Case-Grip-Access-UK-C7K1/5380079476 | $10,000.00 |

| | | | |
|---|---|---|---|
| #29 | PopsoGrip Store | https://pt.aliexpress.com/item/3256806382672868.html?src=google&aff_fcid=7b062f37511f4d2e91374565d35f4a4b-1713094807047-02926-UneMJZVf&aff_fsk=UneMJZVf&aff_platform=aaf&sk=UneMJZVf&aff_trace_key=7b062f37511f4d2e91374565d35f4a4b-1713094807047-02926-UneMJZVf&terminal_id=75bb706187df4fcd9aae4454a7f002fd&afSmartRedirect=y | $10,000.00 |
| #32 | Amy's Phone Accessory | https://pt.aliexpress.com/item/3256805794165350.html?spm=a2g0o.productlist.main.27.4a9e5f14dGfmhv&algo_pvid=05bd4c8b-f9ca-43f1-ae28-c70fbafc3405&algo_exp_id=05bd4c8b-f9ca-43f1-ae28-c70fbafc3405-13&pdp_npi=4%40dis%21USD%213.97%213.97%21%21%213.97%213.97%21%4021366377171309495259 01849e2135%2112000035156235362%21sea%21US%21225469812%21AB&curPageLogUid=t6YSymG1D8P2&utparam-url=scene%3Asearch%7Cquery_from%3A | $10,000.00 |
| #33 | Popped Store | https://pt.aliexpress.com/item/3256806567303112.html?spm=a2g0o.productlist.main.75.4a9e5f14dGfmhv&algo_pvid=05bd4c8b-f9ca-43f1-ae28-c70fbafc3405&algo_exp_id=05bd4c8b-f9ca-43f1-ae28-c70fbafc3405-37&pdp_npi=4%40dis%21USD%219.27%214.54%21%21%2166.85%2132.72%21%40213663771713094952590 1849e2135%211120000381939152 32%21sea%21US%21225469812%21AB&curPageLogUid=qadG9ENlJwbY&utparam-url=scene%3Asearch%7Cquery_from%3A | $10,000.00 |
| #34 | Xunhaoo Store | https://pt.aliexpress.com/item/3256806306003215.html?spm=a2g0o.productlist.main.71.4a9e5f14dGfmhv&algo_pvid=f33d035f-1ee5-4f56-984f-59dff16f4e46&algo_exp_id=f33d035f-1ee5-4f56-984f-59dff16f4e46-35&pdp_npi=4%40dis%21USD%216.23%216.23%21%21%2144.97%2144.97%21%402167359d17130955433415391eb3dd%2112000037405214007%21sea%21US%21225469812%21AB&curPageLogUid=Ak1nDI2RiIjH&utparam-url=scene%3Asearch%7Cquery_from%3A | $10,000.00 |