IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
ILLINOIS EASTERN DIVISION

| | |
|---|---|
| Zhiwu Zheng,<br><br>              Plaintiffs,<br><br>v.<br><br>The Partnerships and Unincorporated Associations Identified on Schedule A,<br><br>              Defendants. | Case No. 1:24-cv-10814<br><br>Judge: Hon. Jeffrey I Cummings<br><br>Magistrate Judge: Hon. Beth W. Jantz |

**[PROPOSED] FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Zhiwu Zheng (the "Plaintiff") against the fully interactive e-commerce stores operating under the seller aliases ("Seller Aliases") identified in Schedule A attached to the Complaint, and certain Seller Aliases as shown in the attached Schedule A (collectively, the "Defaulting Defendants") failed to file an answer or otherwise plead.

Plaintiff having moved for entry of Default and Default Judgment against the Defaulting Defendants;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

1

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including in the State of Illinois and this District. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including the State of Illinois and this District, accept payment in U.S. dollars and, have offered for sale products bearing unauthorized copies of Plaintiff's federally registered Design Patent No. D944,787 S ("the 'D787 Patent"), to residents of Illinois.

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful patent infringement (35 U.S.C. § 284).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against each Defaulting Defendant in amount shown in Schedule A.

IT IS FURTHER ORDERED that:

1) That Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be temporarily preliminarily, and permanently enjoined and restrained from:

   a. using the 'D787 Patent or any reproductions, infringing copies, or colorable imitations thereof in any manner in connection with the distribution, marketing,

      advertising, offering for sale, or sale of any products that are not genuine products from the Plaintiff or are not authorized by Plaintiff;

  b. passing off, inducing, or enabling others to sell or pass off any products as genuine products covered by the 'D787 Patent or any other products produced by Plaintiff that are not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale;

  c. committing any acts calculated to cause consumers to believe that Defendants' Infringing Products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

  d. further infringing the 'D787 Patent and damaging Plaintiff's goodwill; and

  e. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any Patented Design of Plaintiff, or any reproductions, infringing copies, or colorable imitations thereof;

2) That at Plaintiff's choosing, the host of Defaulting Defendants e-commerce stores, including, but not limited to, Amazon shall disable Defaulting Defendant's e-commerce stores and make them inactive and untransferable;

3) That upon Plaintiff's request, those in privity with Defaulting Defendants and those with notice of the injunction, including any online marketplaces such as Amazon, web hosts for the Defaulting Defendants' domain names, and domain name registrars, shall:

    a. disable and cease providing services for any accounts through which Defaulting Defendants engage in the sale of magnetic bases for mobile phone support which infringe the 'D787 Patent, including any accounts associated with the Defaulting Defendants listed in Schedule A;

    b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of Infringing Products; and

    c. take all steps necessary to prevent links to the Defaulting Defendants' e-commerce stores identified in Schedule A from displaying in search results, including, but not limited to, removing links to the Defaulting Defendants' e-commerce stores from any search index.

This is a Final Judgment

Dated: April 22, 2025

Honorable Jeffrey I Cummings
United States District Judge

# Schedule A. Defaulting Defendants

| Defaulting Defendant # | Seller Alias | Seller weblink/Merchant ID/Product ID | Damage Against Defaulting Defendant |
|---|---|---|---|
| #1 | imluckies Direct | https://www.amazon.com/dp/B0CL9F77PH/ <br> https://www.amazon.com/dp/B0CZ399GCK/ <br> https://www.amazon.com/dp/B0D8T91MHH/ <br> https://www.amazon.com/dp/B0D8T4Y54T/ | $65,435.40 |
| #2 | AUROX | https://www.amazon.com/dp/B0CH8DPLQ9/ <br> https://www.amazon.com/dp/B0B27QN8DN/ <br> https://www.amazon.com/dp/B0B8MJKMX9/ <br> https://www.amazon.com/dp/B0B28LVT61/ <br> https://www.amazon.com/dp/B0B387BCR4/ <br> https://www.amazon.com/dp/B0B28KJWPB/ <br> https://www.amazon.com/dp/B0CH8FVJR3/ <br> https://www.amazon.com/dp/B0B28BHKY2/ <br> https://www.amazon.com/dp/B0CH8DMC9B/ <br> https://www.amazon.com/dp/B0B27WF2M9/ <br> https://www.amazon.com/dp/B0B28NCG1B/ <br> https://www.amazon.com/dp/B0CH8DGG86/ | $280,352.64 |
| #3 | CHIHIOL | https://www.amazon.com/dp/B0CG2H4XSX/ <br> https://www.amazon.com/dp/B0CG2D7R64/ <br> https://www.amazon.com/dp/B0CG2DVP72/ <br> https://www.amazon.com/dp/B0CG2FMPYG/ <br> https://www.amazon.com/dp/B0CG2CTHJ5/ <br> https://www.amazon.com/dp/B0CG2CR182/ <br> https://www.amazon.com/dp/B0CG2FBDCT/ <br> https://www.amazon.com/dp/B0CG2B99W2/ <br> https://www.amazon.com/dp/B0CG2FWRP9/ <br> https://www.amazon.com/dp/B0CG2DDXF4/ <br> https://www.amazon.com/dp/B0CG2FQK2T/ <br> https://www.amazon.com/dp/B0CG2B2BLJ/ <br> https://www.amazon.com/dp/B0CG2DCTY7/ <br> https://www.amazon.com/dp/B0C2DGQBDQ/ <br> https://www.amazon.com/dp/B0CG2CR17X/ | $50,265.60 |
| #4 | YEAHTOP | https://www.amazon.com/dp/B09376LLDL/ <br> https://www.amazon.com/dp/B09DYQKBBY/ <br> https://www.amazon.com/dp/B09DYR7WBC/ <br> https://www.amazon.com/dp/B0B9NHJ1W3/ <br> https://www.amazon.com/dp/B0B9NHK51S/ <br> https://www.amazon.com/dp/B0B9NHZ6R1/ | $68,412.00 |

| | | | |
|---|---|---|---|
| | | https://www.amazon.com/dp/B0B9NJ1CGG/ <br> https://www.amazon.com/dp/B0B9NGCYL9/ <br> https://www.amazon.com/dp/B0B9NLX366/ <br> https://www.amazon.com/dp/B0B1DNTVG3/ <br> https://www.amazon.com/dp/B0B1LTLBFW/ <br> https://www.amazon.com/dp/B0B1LTP3D3/ <br> https://www.amazon.com/dp/B0B1LX3VMM/ <br> https://www.amazon.com/dp/B0B1LXF1K3/ <br> https://www.amazon.com/dp/B0B1LXWG2T/ <br> https://www.amazon.com/dp/B0B1M3FP78/ <br> https://www.amazon.com/dp/B0B1M3SXMY/ <br> https://www.amazon.com/dp/B0BD4HSX6Y/ <br> https://www.amazon.com/dp/B0BF3R36MG/ <br> https://www.amazon.com/dp/B0BF49GDDH/ | |
| #6 | VOLPORT | https://www.amazon.com/Removable-Magnetic-Compatible-Wireless-Collapsible/dp/B0B87S2QQ4 | $10,000.00 |
| #7 | LENDOUBLE | https://www.amazon.com/Lendouble-Magnetic-Accessories-Removable-Compatible/dp/B097T6W2Q6 | $15,000.00 |
| #8 | NTidea | https://www.amazon.com/dp/B0CM6D1DZ1/ <br> https://www.amazon.com/dp/B0CM6BYYXD/ <br> https://www.amazon.com/dp/B0CM69YYMP/ <br> https://www.amazon.com/dp/B0CM6CZV7Z/ <br> https://www.amazon.com/dp/B0CM6C85PB/ <br> https://www.amazon.com/dp/B0CM69363Z/ <br> https://www.amazon.com/dp/B0CM6BB236/ <br> https://www.amazon.com/dp/B0CM6BQTTX/ <br> https://www.amazon.com/dp/B0CM6BT752/ <br> https://www.amazon.com/dp/B0CM6C1DZ3/ <br> https://www.amazon.com/dp/B0CM6C2DWM/ <br> https://www.amazon.com/dp/B0CM6C7L6H/ <br> https://www.amazon.com/dp/B0CM6C89N8/ <br> https://www.amazon.com/dp/B0CM6C8T3Y/ <br> https://www.amazon.com/dp/B0CM6C9SLP/ <br> https://www.amazon.com/dp/B0CM6CNRT9/ | $10,000.00 |

| | | | |
|---|---|---|---|
| #9 | Bitronte C digital accessories | https://www.temu.com/us-zh-Hans/%E6%89%8B%E6%9C%BA%E9%80%9A%E7%94%A8%E7%A3%81%E6%80%A7%E5%BA%95%E5%BA%A7-%E5%B8%A6%E4%B8%80%E4%B8%AA%E5%9C%86%E5%BD%A2%E9%93%81%E7%8E%AF-%E9%BB%91%E8%89%B2%E9%AB%98%E7%A3%81%E5%BA%95%E5%BA%A7-%E7%99%BD%E8%89%B2%E7%B2%98%E6%80%A7%E5%BA%95%E5%BA%A7-%E9%80%8F%E6%98%8E%E7%A3%81%E5%90%B8%E5%BA%95%E5%BA%A7-g-601099580258362.html?_oak_mp_inf=ELrw0rem1ogBGh5yZXNfbGlzdF9lbXRtOHg4bzgwbnZ6NHM4MHp6MGIgm4eE1pQy&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F3aa72c1f-162e-4888-b1f5-6c5f50660789.jpg&spec_gallery_id=601099580258362&refer_page_sn=10040&refer_source=0&freesia_scene=213&_oak_freesia_scene=213&_oak_rec_ext_1=MjIz&_oak_gallery_order=2061070831%2C724619660%2C2136213323%2C1086189566%2C1048397893&refer_page_el_sn=204279&refer_page_name=mall&refer_page_id=10040_1723536048653_op5ygdo2tl&_x_sessn_id=c8ipmam34c | $10,000.00 |
| #10 | WWJJ Shop | https://www.temu.com/secure-grip-2-pack-magnetic-phone-wall-mounts-with-strong-adhesive-easy-one-handed-use-multipurpose-sticky-rubidium-magnets-for-secure-attachment-g-601099581502339.html?_oak_mp_inf=EIPnnrim1ogBGiA4MzE3NDNkZTAxYjA0MTUxYWJjNDQ2ZTI3ZGNlNGIyNiQ2MqPmzI%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F701eab77-83c9-46ab-b40b-0144eb2837a8.jpg&spec_gallery_id=2156347803&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NzE5&_oak_gallery_order=1033548393%2C783116022%2C2131793420%2C731938730%2C1144360099&search_key=magnetic%20base%20for%20pop%20socket&refer_page_el_sn=200049&_oak_multi_spec_goods_sold=1&refer_page_name=search_result&refer_page_id=100 | $10,000.00 |

7

| | | | |
|---|---|---|---|
| | | 09_1725267149285_wwbs82nfl7&_x_sessn_id=0j2to7v880&is_back=1 | |
| #11 | Honeybee home | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099619873366&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1725267149285_wwbs82nfl7&refer_page_sn=10009&_x_sessn_id=0j2to7v880&is_back=1 | $10,000.00 |
| #12 | ZAIWEN Co.Ltd | https://www.walmart.com/ip/Magnetic-Base-Compatible-with-PopSocket-Phone-Grips-and-iPhone-MagSafe-Cases-Black/5853330219?classType=REGULAR&from=/search | $10,000.00 |
| #13 | Hair Hera LLC | https://www.walmart.com/ip/Compatible-Magsafe-Popsocket-Magnetic-Base-Wireless-Charging-Solution-iPhone-15-14-13-12-Mag-S-Strong-Grip-Glitter-Appearance-Multiple-Colors-Availab/6930463911?classType=REGULAR&from=/search | $10,000.00 |
| #14 | ZHIWEI Co.Ltd | https://www.walmart.com/ip/Phone-Grip-Magnetic-Base-iPhone-12-13-14-Series-Compatible-Mag-Safe-Cases-Removable-Socket-PopSocket-Collapsible-Stand-Black/2114051125?classType=REGULAR&from=/search https://www.walmart.com/ip/Phone-Grip-Magnetic-Base-iPhone-12-13-14-Series-Compatible-Mag-Safe-Cases-Removable-Socket-PopSocket-Collapsible-Stand-Black/2114051125?from=/search | $10,000.00 |
| #15 | FUCHENG Co.Ltd | https://www.walmart.com/ip/Popped-Magnetic-Base-Plate-Compatible-with-MagSafe-Phone-Expanding-Phone-Grip-Socket-Stand-Finger-Holder-For-iPhone-15-plus-pro/6362463220?classType=VARIANT&from=/search | $10,000.00 |
| #16 | Bluegold | https://www.walmart.com/ip/Bluegold-Cell-Phone-Grip-Base-Clear-MagSafe-Compatible/5197456547?classType=REGULAR&from=/search https://www.walmart.com/ip/Bluegold-Cell-Phone-Grip-Base-MagSafe-Compatible/5196563068?classType=REGULAR&fro | $10,000.00 |

| | | | |
|---|---|---|---|
| | | m=/search | |
| #17 | PC and T | https://www.walmart.com/ip/Compatible-with-MagSafe-Base-for-iPhone-15-14-13-12-Magnetic-Base-Plate-Base-Only-Intended-for-Pop-Socket-Grip/8089255740?classType=REGULAR&from=/search<br>https://www.walmart.com/ip/Lendouble-Magnetic-Disk-Base-for-Magsafe-Accessories-Removable-Magnet-Plate-Compatible-with-iPhone-15-14-13-12-Pro-Max/6998508639?classType=REGULAR&from=/search | $10,000.00 |
| #18 | Roasted Canuck INC | https://www.walmart.com/ip/Magnetic-Base-for-PopSocket-Phone-Grips-and-iPhone-MagSafe-Cases-Glitter-Black/5016692218?classType=REGULAR&from=/search | $10,000.00 |
| #19 | ACT LLC | https://www.walmart.com/ip/Magnetic-Base-Compatible-PopSocket-Phone-Grips-iPhone-MagSafe-Cases-Black-Enhance-Your-Experience-Base-Magnetic-With-Grip-iPhon/10424913917?classType=REGULAR&from=/search<br>https://www.walmart.com/ip/Magnetic-Base-Basic-PopSocket-Phone-Grips-MagSafe-Cases-40-More-Grip-Black-Black-For-Cases-Grip/10422267842?classType=REGULAR&from=/search<br>https://www.walmart.com/ip/Magnetic-Base-Compatible-Popsocket-iPhone-15-14-13-12-Mag-Safe-Case-Base-Only-Removable-Wireless-Charging-Designed-P-Socket-Grip-Phone-Ring-Holder-Ki/10446860357?classType=REGULAR&from=/search<br>https://www.walmart.com/ip/Frosted-Magnetic-Base-PopSocket-Phone-Grips-Holder-Removable-Stand-Acrylic-N52-Strong-Magnets-Matte-Touch-Surface-iPhone-15-14-13-12-Compatible-Phosp/10417769636?classType=REGULAR&from=/search<br>https://www.walmart.com/ip/Magnetic-Disk-Base-Magsafe-Accessories-Removable-Magnet-Plate- | $10,000.00 |

9

| | | | |
|---|---|---|---|
| | | Compatible-iPhone-15-14-13-12-Pro-Max-Mini-Mag-Case-Non-Adhesive-Safe-Disc-P-Socket-Gri/10427518641?classType=REGULAR&from=/search | |
| #20 | Koochin llc | https://www.walmart.com/ip/metisinno-Magnetic-Base-Basic-Compatible-with-PopSocket-Phone-Grips-and-iPhone-MagSafe-Cases-Black/9393300978?classType=REGULAR&from=/search  https://www.walmart.com/ip/Glitter-Compatible-Magsafe-Socket-Base-Removable-Wireless-Charging-Base-Only-Works-Grip-Phone-Ring-Holder-iPhone-14-13-12-Glitter-Silver/10034661848?classType=REGULAR&from=/search  https://www.walmart.com/ip/HALLEAST-Magnetic-Base-Compatible-Popsocket-iPhone-15-14-13-12-Mag-Safe-Case-Base-Only-Removable-Wireless-Charging-Designed-P-Socket-Grip-Phone-Ring/5338686080?from=/search | $10,000.00 |
| #21 | LONGLONG | https://www.walmart.com/ip/Magnetic-Base-Holder-Stand-for-IPhone-14-13-12-Pro-Max-Case-Phone-Grip-K0V2/5504853503  https://www.walmart.com/ip/Magnetic-Base-Holder-Stand-For-IPhone-14-13-12-Pro-Phone-Max-Case-Grip-Access-UK-C7K1/5380079476 | $10,000.00 |
| #29 | PopsoGrip Store | https://pt.aliexpress.com/item/3256806382672868.html?src=google&aff_fcid=7b062f37511f4d2e91374565d35f4a4b-1713094807047-02926-UneMJZVf&aff_fsk=UneMJZVf&aff_platform=aaf&sk=UneMJZVf&aff_trace_key=7b062f37511f4d2e91374565d35f4a4b-1713094807047-02926-UneMJZVf&terminal_id=75bb706187df4fcd9aae4454a7f002fd&afSmartRedirect=y | $10,000.00 |

| #32 | Amy's Phone Accessory | https://pt.aliexpress.com/item/3256805794165350.html?spm=a2g0o.productlist.main.27.4a9e5f14dGfmhv&algo_pvid=05bd4c8b-f9ca-43f1-ae28-c70fbafc3405&algo_exp_id=05bd4c8b-f9ca-43f1-ae28-c70fbafc3405-13&pdp_npi=4%40dis%21USD%213.97%213.97%21%21%213.97%213.97%21%4021366377171309495259018 49e2135%2112000035156235362%21sea%21US%21225469812%21AB&curPageLogUid=t6YSymG1D8P2&utparam-url=scene%3Asearch%7Cquery_from%3A | $10,000.00 |
|---|---|---|---|
| #33 | Popped Store | https://pt.aliexpress.com/item/3256806567303112.html?spm=a2g0o.productlist.main.75.4a9e5f14dGfmhv&algo_pvid=05bd4c8b-f9ca-43f1-ae28-c70fbafc3405&algo_exp_id=05bd4c8b-f9ca-43f1-ae28-c70fbafc3405-37&pdp_npi=4%40dis%21USD%219.27%214.54%21%21%2166.85%2132.72%21%402136637717130949525901849e2135%2112000038193915232%21sea%21US%21225469812%21AB&curPageLogUid=qadG9ENlJwbY&utparam-url=scene%3Asearch%7Cquery_from%3A | $10,000.00 |
| #34 | Xunhaoo Store | https://pt.aliexpress.com/item/3256806306003215.html?spm=a2g0o.productlist.main.71.4a9e5f14dGfmhv&algo_pvid=f33d035f-1ee5-4f56-984f-59dff16f4e46&algo_exp_id=f33d035f-1ee5-4f56-984f-59dff16f4e46-35&pdp_npi=4%40dis%21USD%216.23%216.23%21%21%2144.97%2144.97%21%402167359d17130955433415391eb3dd%2112000037405214007%21sea%21US%21225469812%21AB&curPageLogUid=Ak1nDI2RiIjH&utparam-url=scene%3Asearch%7Cquery_from%3A | $10,000.00 |