# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

**Zheng,**
Plaintiff(s),

v.

**The Partnerships And Unincorporated Associations Identified On Schedule A,**
Defendant(s).

Case No. 24cv10814
Judge Jeffrey I. Cummings

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s) and against defendant(s) in the amount of $ _____ ,

which ☐ includes _____ pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s) and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: IT IS HEREBY ORDERED that Plaintiff's Motion for a Default Judgment is GRANTED in its entirety and that Final Judgment is entered against each of the Defaulting Defendants listed in the attached Schedule A in the amount listed.

This action was *(check one)*:
☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.
☐ tried by Judge _____ without a jury and the above decision was reached.
☒ decided by Judge Cummings on a motion for default judgment.

Date: 10/30/2025

Thomas G. Bruton, Clerk of Court

C. Chambers, Deputy Clerk

# Schedule A. Defaulting Defendants

| Defaulting Defendant # | Seller Alias | Seller weblink/Merchant ID/Product ID | Damage Against Defaulting Defendant |
|---|---|---|---|
| #1 | imluckies Direct | https://www.amazon.com/dp/B0CL9F77PH/ <br> https://www.amazon.com/dp/B0CZ399GCK/ <br> https://www.amazon.com/dp/B0D8T91MHH/ <br> https://www.amazon.com/dp/B0D8T4Y54T/ | $65,435.40 |
| #2 | AUROX | https://www.amazon.com/dp/B0CH8DPLQ9/ <br> https://www.amazon.com/dp/B0B27QN8DN/ <br> https://www.amazon.com/dp/B0B8MJKMX9/ <br> https://www.amazon.com/dp/B0B28LVT61/ <br> https://www.amazon.com/dp/B0B387BCR4/ <br> https://www.amazon.com/dp/B0B28KJWPB/ <br> https://www.amazon.com/dp/B0CH8FVJR3/ <br> https://www.amazon.com/dp/B0B28BHKY2/ <br> https://www.amazon.com/dp/B0CH8DMC9B/ <br> https://www.amazon.com/dp/B0B27WF2M9/ <br> https://www.amazon.com/dp/B0B28NCG1B/ <br> https://www.amazon.com/dp/B0CH8DGG86/ | $280,352.64 |
| #3 | CHIHIOL | https://www.amazon.com/dp/B0CG2H4XSX/ <br> https://www.amazon.com/dp/B0CG2D7R64/ <br> https://www.amazon.com/dp/B0CG2DVP72/ <br> https://www.amazon.com/dp/B0CG2FMPYG/ <br> https://www.amazon.com/dp/B0CG2CTHJ5/ <br> https://www.amazon.com/dp/B0CG2CR182/ <br> https://www.amazon.com/dp/B0CG2FBDCT/ <br> https://www.amazon.com/dp/B0CG2B99W2/ <br> https://www.amazon.com/dp/B0CG2FWRP9/ <br> https://www.amazon.com/dp/B0CG2DDXF4/ <br> https://www.amazon.com/dp/B0CG2FQK2T/ <br> https://www.amazon.com/dp/B0CG2B2BLJ/ <br> https://www.amazon.com/dp/B0CG2DCTY7/ <br> https://www.amazon.com/dp/B0C2DGQBDQ/ <br> https://www.amazon.com/dp/B0CG2CR17X/ | $50,265.60 |
| #4 | YEAHTOP | https://www.amazon.com/dp/B09376LLDL/ <br> https://www.amazon.com/dp/B09DYQKBBY/ <br> https://www.amazon.com/dp/B09DYR7WBC/ <br> https://www.amazon.com/dp/B0B9NHJ1W3/ <br> https://www.amazon.com/dp/B0B9NHK51S/ <br> https://www.amazon.com/dp/B0B9NHZ6R1/ | $68,412.00 |

| | | | |
|---|---|---|---|
| | | https://www.amazon.com/dp/B0B9NJ1CGG/ https://www.amazon.com/dp/B0B9NGCYL9/ https://www.amazon.com/dp/B0B9NLX366/ https://www.amazon.com/dp/B0B1DNTVG3/ https://www.amazon.com/dp/B0B1LTLBFW/ https://www.amazon.com/dp/B0B1LTP3D3/ https://www.amazon.com/dp/B0B1LX3VMM/ https://www.amazon.com/dp/B0B1LXF1K3/ https://www.amazon.com/dp/B0B1LXWG2T/ https://www.amazon.com/dp/B0B1M3FP78/ https://www.amazon.com/dp/B0B1M3SXMY/ https://www.amazon.com/dp/B0BD4HSX6Y/ https://www.amazon.com/dp/B0BF3R36MG/ https://www.amazon.com/dp/B0BF49GDDH/ | |
| #6 | VOLPORT | https://www.amazon.com/Removable-Magnetic-Compatible-Wireless-Collapsible/dp/B0B87S2QQ4 | $10,000.00 |
| #7 | LENDOUBLE | https://www.amazon.com/Lendouble-Magnetic-Accessories-Removable-Compatible/dp/B097T6W2Q6 | $15,000.00 |
| #8 | NTidea | https://www.amazon.com/dp/B0CM6D1DZ1/ https://www.amazon.com/dp/B0CM6BYYXD/ https://www.amazon.com/dp/B0CM69YYMP/ https://www.amazon.com/dp/B0CM6CZV7Z/ https://www.amazon.com/dp/B0CM6C85PB/ https://www.amazon.com/dp/B0CM69363Z/ https://www.amazon.com/dp/B0CM6BB236/ https://www.amazon.com/dp/B0CM6BQTTX/ https://www.amazon.com/dp/B0CM6BT752/ https://www.amazon.com/dp/B0CM6C1DZ3/ https://www.amazon.com/dp/B0CM6C2DWM/ https://www.amazon.com/dp/B0CM6C7L6H/ https://www.amazon.com/dp/B0CM6C89N8/ https://www.amazon.com/dp/B0CM6C8T3Y/ https://www.amazon.com/dp/B0CM6C9SLP/ https://www.amazon.com/dp/B0CM6CNRT9/ | $10,000.00 |

| #9 | Bitronte C digital accessories | https://www.temu.com/us-zh-Hans/%E6%89%8B%E6%9C%BA%E9%80%9A%E7%94%A8%E7%A3%81%E6%80%A7%E5%BA%95%E5%BA%A7-%E5%B8%A6%E4%B8%80%E4%B8%AA%E5%9C%86%E5%BD%A2%E9%93%81%E7%8E%AF-%E9%BB%91%E8%89%B2%E9%AB%98%E7%A3%81%E5%BA%95%E5%BA%A7-%E7%99%BD%E8%89%B2%E7%B2%98%E6%80%A7%E5%BA%95%E5%BA%A7-%E9%80%8F%E6%98%8E%E7%A3%81%E5%90%B8%E5%BA%95%E5%BA%A7-g-601099580258362.html?_oak_mp_inf=ELrw0rem1ogBGh5yZXNfbGlzdF9lbXRtOHg4bzgwbnZ6NHM4MHp6MGIgm4eE1pQy&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F3aa72c1f-162e-4888-b1f5-6c5f50660789.jpg&spec_gallery_id=601099580258362&refer_page_sn=10040&refer_source=0&freesia_scene=213&_oak_freesia_scene=213&_oak_rec_ext_1=MjIz&_oak_gallery_order=2061070831%2C724619660%2C2136213323%2C1086189566%2C1048397893&refer_page_el_sn=204279&refer_page_name=mall&refer_page_id=10040_1723536048653_op5ygdo2tl&_x_sessn_id=c8ipmam34c | $10,000.00 |
| #10 | WWJJ Shop | https://www.temu.com/secure-grip-2-pack-magnetic-phone-wall-mounts-with-strong-adhesive-easy-one-handed-use-multipurpose-sticky-rubidium-magnets-for-secure-attachment-g-601099581502339.html?_oak_mp_inf=EIPnnrim1ogBGiA4MzE3NDNkZTAxYjA0MTUxYWJjNDQ2ZTI3ZGNlNGIyNiNDQ2MqPmzI%3D&top_gallery_url=https%3A%2F%2Fimg.kwcdn.com%2Fproduct%2Ffancy%2F701eab77-83c9-46ab-b40b-0144eb2837a8.jpg&spec_gallery_id=2156347803&refer_page_sn=10009&refer_source=0&freesia_scene=2&_oak_freesia_scene=2&_oak_rec_ext_1=NzE5&_oak_gallery_order=1033548393%2C783116022%2C2131793420%2C731938730%2C1144360099&search_key=magnetic%20base%20for%20pop%20socket&refer_page_el_sn=200049&_oak_multi_spec_goods_sold=1&refer_page_name=search_result&refer_page_id=100 | $10,000.00 |

| | | | |
|---|---|---|---|
| | | 09_1725267149285_wwbs82nfl7&_x_sessn_id=0j2to7v880&is_back=1 | |
| #11 | Honeybee home | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099619873366&refer_page_el_sn=200049&refer_page_name=search_result&refer_page_id=10009_1725267149285_wwbs82nfl7&refer_page_sn=10009&_x_sessn_id=0j2to7v880&is_back=1 | $10,000.00 |
| #13 | Hair Hera LLC | https://www.walmart.com/ip/Compatible-Magsafe-Popsocket-Magnetic-Base-Wireless-Charging-Solution-iPhone-15-14-13-12-Mag-S-Strong-Grip-Glitter-Appearance-Multiple-Colors-Availab/6930463911?classType=REGULAR&from=/search | $10,000.00 |
| #16 | Bluegold | https://www.walmart.com/ip/Bluegold-Cell-Phone-Grip-Base-Clear-MagSafe-Compatible/5197456547?classType=REGULAR&from=/search  https://www.walmart.com/ip/Bluegold-Cell-Phone-Grip-Base-MagSafe-Compatible/5196563068?classType=REGULAR&from=/search | $10,000.00 |
| #17 | PC and T | https://www.walmart.com/ip/Compatible-with-MagSafe-Base-for-iPhone-15-14-13-12-Magnetic-Base-Plate-Base-Only-Intended-for-Pop-Socket-Grip/8089255740?classType=REGULAR&from=/search  https://www.walmart.com/ip/Lendouble-Magnetic-Disk-Base-for-Magsafe-Accessories-Removable-Magnet-Plate-Compatible-with-iPhone-15-14-13-12-Pro-Max/6998508639?classType=REGULAR&from=/search | $10,000.00 |
| #18 | Roasted Canuck INC | https://www.walmart.com/ip/Magnetic-Base-for-PopSocket-Phone-Grips-and-iPhone-MagSafe-Cases-Glitter-Black/5016692218?classType=REGULAR&from=/search | $10,000.00 |
| #19 | ACT LLC | https://www.walmart.com/ip/Magnetic-Base-Compatible-PopSocket-Phone-Grips-iPhone-MagSafe-Cases-Black-Enhance-Your-Experience-Base-Magnetic-With-Grip-iPhon/10424913917?classType=REGULAR&from=/ | $10,000.00 |

| | | | |
|---|---|---|---|
| | | search<br>https://www.walmart.com/ip/Magnetic-Base-Basic-PopSocket-Phone-Grips-MagSafe-Cases-40-More-Grip-Black-Black-For-Cases-Grip/10422267842?classType=REGULAR&from=/search<br>https://www.walmart.com/ip/Magnetic-Base-Compatible-Popsocket-iPhone-15-14-13-12-Mag-Safe-Case-Base-Only-Removable-Wireless-Charging-Designed-P-Socket-Grip-Phone-Ring-Holder-Ki/10446860357?classType=REGULAR&from=/search<br>https://www.walmart.com/ip/Frosted-Magnetic-Base-PopSocket-Phone-Grips-Holder-Removable-Stand-Acrylic-N52-Strong-Magnets-Matte-Touch-Surface-iPhone-15-14-13-12-Compatible-Phosp/10417769636?classType=REGULAR&from=/search<br>https://www.walmart.com/ip/Magnetic-Disk-Base-Magsafe-Accessories-Removable-Magnet-Plate-Compatible-iPhone-15-14-13-12-Pro-Max-Mini-Mag-Case-Non-Adhesive-Safe-Disc-P-Socket-Gri/10427518641?classType=REGULAR&from=/search | |
| #20 | Koochin llc | https://www.walmart.com/ip/metisinno-Magnetic-Base-Basic-Compatible-with-PopSocket-Phone-Grips-and-iPhone-MagSafe-Cases-Black/9393300978?classType=REGULAR&from=/search<br>https://www.walmart.com/ip/Glitter-Compatible-Magsafe-Socket-Base-Removable-Wireless-Charging-Base-Only-Works-Grip-Phone-Ring-Holder-iPhone-14-13-12-Glitter-Silver/10034661848?classType=REGULAR&from=/search<br>https://www.walmart.com/ip/HALLEAST-Magnetic-Base-Compatible-Popsocket-iPhone-15-14-13-12-Mag-Safe-Case-Base-Only-Removable-Wireless-Charging-Designed-P-Socket-Grip-Phone-Ring/5338686080?from=/search | $10,000.00 |
| #21 | LONGLONG | https://www.walmart.com/ip/Magnetic-Base-Holder-Stand-for-IPhone-14-13-12-Pro-Max-Case-Phone-Grip-K0V2/5504853503 | $10,000.00 |

9

| | | | |
|---|---|---|---|
| | | https://www.walmart.com/ip/Magnetic-Base-Holder-Stand-For-IPhone-14-13-12-Pro-Phone-Max-Case-Grip-Access-UK-C7K1/5380079476 | |
| #29 | PopsoGrip Store | https://pt.aliexpress.com/item/3256806382672868.html?src=google&aff_fcid=7b062f37511f4d2e91374565d35f4a4b-1713094807047-02926-UneMJZVf&aff_fsk=UneMJZVf&aff_platform=aaf&sk=UneMJZVf&aff_trace_key=7b062f37511f4d2e91374565d35f4a4b-1713094807047-02926-UneMJZVf&terminal_id=75bb706187df4fcd9aae4454a7f002fd&afSmartRedirect=y | $10,000.00 |
| #32 | Amy's Phone Accessory | https://pt.aliexpress.com/item/3256805794165350.html?spm=a2g0o.productlist.main.27.4a9e5f14dGfmhv&algo_pvid=05bd4c8b-f9ca-43f1-ae28-c70fbafc3405&algo_exp_id=05bd4c8b-f9ca-43f1-ae28-c70fbafc3405-13&pdp_npi=4%40dis%21USD%213.97%213.97%21%21%213.97%213.97%21%402136637717130949525901849e2135%2112000035156235362%21sea%21US%21225469812%21AB&curPageLogUid=t6YSymG1D8P2&utparam-url=scene%3Asearch%7Cquery_from%3A | $10,000.00 |
| #33 | Popped Store | https://pt.aliexpress.com/item/3256806567303112.html?spm=a2g0o.productlist.main.75.4a9e5f14dGfmhv&algo_pvid=05bd4c8b-f9ca-43f1-ae28-c70fbafc3405&algo_exp_id=05bd4c8b-f9ca-43f1-ae28-c70fbafc3405-37&pdp_npi=4%40dis%21USD%219.27%214.54%21%21%2166.85%2132.72%21%402136637717130949525901849e2135%2112000038193915232%21sea%21US%21225469812%21AB&curPageLogUid=qadG9ENlJwbY&utparam-url=scene%3Asearch%7Cquery_from%3A | $10,000.00 |

10

| #34 | Xunhaoo Store | https://pt.aliexpress.com/item/3256806306003215.html?spm=a2g0o.productlist.main.71.4a9e5f14dGfmhv&algo_pvid=f33d035f-1ee5-4f56-984f-59dff16f4e46&algo_exp_id=f33d035f-1ee5-4f56-984f-59dff16f4e46-35&pdp_npi=4%40dis%21USD%216.23%216.23%21%21%2144.97%2144.97%21%402167359d17130955433415391eb3dd%2112000037405214007%21sea%21US%21225469812%21AB&curPageLogUid=Ak1nDI2RiIjH&utparam-url=scene%3Asearch%7Cquery_from%3A | $10,000.00 |